AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Curiel, Gonzalo P. | U.S. District Court | 04/01/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final | 01/01/2016 to 12/31/2016 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

Edward J. Schwartz U.S. Courthouse
221 West Broadway
Suite 2190
San Diego, CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (through July 2016) | Urban Discovery Academy Charter School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Just the Beginning - A Pipeline Organization national conference | 09/15/16-09/18/16 | New York, NY | Non-FJC eductional seminar funded by private foundation, association or society | Partial reimbursement of lodging and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Revolving | K |
| 2. | Chase | Revolving | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FAMILY TRUST | | | | | | | | | |
| 2. - First Credit Union | A | Interest | K | T | | | | | |
| 3. - Wells Fargo Bank | A | Interest | K | T | | | | | |
| 4. - Maui, HI real property | | None | N | W | | | | | |
| 5. - Glendale, AZ real property parcel # 1 | | None | M | W | | | | | |
| 6. - Glendale, AZ real property parcel # 2 | G | | | | Sold | 05/27/16 | N | G | Family Trust |
| 7. - Various boats | | None | L | U | | | | | |
| 8. - Various vehicles | | None | K | U | | | | | |
| 9. American Funds Moderate Allocation Portfolio (Y) | | | | | | | | | |
| 10. MFS Emerging Markets Portfolio (Y) | | | | | | | | | |
| 11. MFS Research International Portfolio (Y) | | | | | | | | | |
| 12. PIMCO Inflation Protected Portfolio (Y) | | | | | | | | | |
| 13. PIMCO Total Return Portfolio (Y) | | | | | | | | | |
| 14. T. Rowe Price Mid Cap Growth Fund (Y) | | | | | | | | | |
| 15. CONS Discret SEL SECT SPDR FD | A | Dividend | J | T | Buy (add'l) | 06/30/16 | J | | |
| 16. | | | | | Sold (part) | 09/21/16 | J | A | |
| 17. | | | | | Sold (part) | 03/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/20/16 | J | A | |
| 19. | | | | | Sold (part) | 11/21/16 | J | A | |
| 20. Industrial SEL SEC SPDR FD | A | Dividend | J | T | Sold (part) | 03/09/16 | J | A | |
| 21. | | | | | Sold (part) | 04/20/16 | J | A | |
| 22. | | | | | Sold (part) | 08/17/16 | J | A | |
| 23. | | | | | Sold (part) | 09/21/16 | J | A | |
| 24. | | | | | Sold (part) | 11/21/16 | J | A | |
| 25. SPDR S&P Aerospace & Defense ETF | A | Dividend | J | T | Sold (part) | 03/03/16 | J | A | |
| 26. | | | | | Sold (part) | 04/20/16 | J | A | |
| 27. | | | | | Sold (part) | 08/17/16 | J | A | |
| 28. | | | | | Sold (part) | 09/21/16 | J | A | |
| 29. | | | | | Sold (part) | 11/21/16 | J | A | |
| 30. SPDR S&P Health Care SEL | A | Dividend | J | T | Sold (part) | 09/21/16 | J | A | |
| 31. | | | | | Sold (part) | 11/21/16 | J | A | |
| 32. | | | | | Sold (part) | 04/20/16 | J | A | |
| 33. SPDR S&P Health Care SER | A | Dividend | J | T | Sold (part) | 08/17/16 | J | B | |
| 34. | | | | | Sold (part) | 04/20/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 36. SPDR DJ Wilshire REIT ETF | A | Dividend | J | T | Sold (part) | 02/10/16 | J | A | |
| 37. | | | | | Sold (part) | 03/09/16 | J | A | |
| 38. | | | | T | Sold (part) | 11/21/16 | J | A | |
| 39. SPDR S&P Biotech ETF | A | Dividend | J | T | Buy | 08/09/16 | J | | |
| 40. | | | | | Sold (part) | 09/21/16 | J | A | |
| 41. | | | | | Buy (add'l) | 08/09/16 | J | | |
| 42. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 43. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 44. | | | | | Sold (part) | 11/09/16 | J | A | |
| 45. SPDR S&P Bank ETF | A | Dividend | J | T | Buy (add'l) | 11/21/16 | J | | |
| 46. SPDR S&P Health Care Equipment ETF | A | Dividend | J | T | Buy (add'l) | 09/21/16 | J | | |
| 47. | | | | | Sold (part) | 11/21/16 | J | A | |
| 48. | | | | | Buy (add'l) | 02/10/16 | J | | |
| 49. | | | | | Sold (part) | 02/17/16 | J | A | |
| 50. | | | | | Sold (part) | 02/17/16 | J | B | |
| 51. | | | | | Sold (part) | 02/17/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR S&P Homebuilders ETF | A | Dividend | | | Sold | 02/10/16 | J | A | |
| 53. The Technology SEL SEC SPDR | A | Dividend | J | T | Buy (add'l) | 06/30/16 | J | | |
| 54. | | | | | Sold (part) | 08/17/16 | J | A | |
| 55. | | | | | Sold (part) | 06/30/16 | J | B | |
| 56. SPDR S&P Insurance ETF | A | Dividend | J | T | Sold (part) | 04/20/16 | J | A | |
| 57. | | | | | Sold (part) | 09/21/16 | J | A | |
| 58. | | | | | Sold (part) | 11/21/16 | J | A | |
| 59. SPDR S&P Morgan Stanley Technology ETF | A | Dividend | J | T | Buy (add'l) | 02/10/16 | J | | |
| 60. | | | | | Sold (part) | 03/09/16 | J | A | |
| 61. | | | | | Sold (part) | 04/20/16 | J | A | |
| 62. | | | | | Sold (part) | 08/17/16 | J | A | |
| 63. | | | | | Sold (part) | 09/21/16 | J | A | |
| 64. | | | | | Sold (part) | 11/21/16 | J | A | |
| 65. SPDR S&P Semiconductor | A | Dividend | J | T | Sold (part) | 03/09/16 | J | A | |
| 66. | | | | | Sold (part) | 08/24/16 | J | A | |
| 67. | | | | | Sold (part) | 09/21/16 | J | A | |
| 68. | | | | | Buy (add'l) | 06/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/17/16 | J | A | |
| 70. SPDR S&P Retail ETF | A | Dividend | J | T | Sold (part) | 03/09/16 | J | A | |
| 71. | | | | | Sold (part) | 05/25/16 | J | A | |
| 72. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 73. | | | | | Sold (part) | 05/25/16 | J | A | |
| 74. SPDR S&P Software & Service ETF | A | Dividend | J | T | Sold (part) | 03/09/16 | J | A | |
| 75. | | | | | Sold (part) | 04/20/16 | J | A | |
| 76. UTILITIES SEL SECT SPDR FUND | A | Dividend | J | T | Buy | 04/20/16 | J | | |
| 77. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 78. | | | | | Buy (add'l) | 02/10/16 | J | | |
| 79. | | | | | Sold (part) | 09/21/16 | J | A | |
| 80. | | | | | Sold (part) | 11/21/16 | J | A | |
| 81. THE FINANCIAL SEL SECT SPDR FD (XLF) | A | Dividend | | | Sold | 11/21/16 | J | C | |
| 82. SPRD S&P TRANS ETF (XTN) | A | Dividend | | | Sold | 11/21/16 | J | B | |
| 83. SPDR GOLD TR GOLD SHS | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 84. | | | | | Sold (part) | 09/21/16 | J | A | |
| 85. | | | | | Sold (part) | 11/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/20/16 | J | A | |
| 87. SPDR S&P Metals & Mining | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 88. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 89. | | | | | Sold (part) | 03/09/16 | J | A | |
| 90. | | | | | Sold (part) | 04/20/16 | J | A | |
| 91. | | | | | Sold (part) | 08/17/16 | J | A | |
| 92. | | | | | Sold (part) | 09/21/16 | J | A | |
| 93. | | | | | Sold (part) | 11/21/16 | J | A | |
| 94. SPDR S&P Oil & Gas EQUIP SVC | A | Dividend | J | T | Buy | 03/09/16 | J | | |
| 95. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 96. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 97. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 98. | | | | | Sold (part) | 09/21/16 | J | A | |
| 99. | | | | | Sold (part) | 09/28/16 | J | C | |
| 100. SPDR S&P Oil & Gas EXP & PRO | A | Dividend | J | T | Buy | 08/17/16 | J | | |
| 101. | | | | | Sold (part) | 09/21/16 | J | A | |
| 102. | | | | | Sold (part) | 11/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CONS Discret SEL SECT SPDR FD | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 104. | | | | | Sold (part) | 03/09/16 | J | A | |
| 105. | | | | | Sold (part) | 04/25/16 | J | A | |
| 106. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 107. | | | | | Sold (part) | 08/22/16 | J | A | |
| 108. | | | | | Sold (part) | 09/26/16 | J | A | |
| 109. | | | | | Sold (part) | 11/25/16 | J | A | |
| 110. SPDR S&P Aerospace & Defense ETF | A | Dividend | J | T | Buy (add'l) | 02/10/16 | J | | |
| 111. | | | | | Sold (part) | 03/09/16 | J | A | |
| 112. | | | | | Sold (part) | 04/20/16 | J | A | |
| 113. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 114. | | | | | Sold (part) | 08/17/16 | J | A | |
| 115. | | | | | Sold (part) | 09/21/16 | J | A | |
| 116. | | | | | Sold (part) | 11/21/16 | J | A | |
| 117. SPDR S&P Bank ETF | A | Dividend | J | T | Buy | 11/21/16 | J | | |
| 118. SPDR S&P Biotech ETF | A | Dividend | J | T | Buy | 08/09/16 | J | | |
| 119. | | | | | Buy (add'l) | 08/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 09/21/16 | J | | |
| 121. | | | | | Sold<br>(part) | 11/09/16 | J | A | |
| 122. | | | | | Sold<br>(part) | 11/21/16 | J | A | |
| 123. THE FINANCIAL SEL SEC SECT SPDR<br>FD (XLF) | A | Dividend | J | T | Buy | 11/21/16 | J | | |
| 124. SPDR GOLD TR GOLD SHS | A | Dividend | J | T | Buy | 02/16/16 | J | | |
| 125. | | | | | Sold<br>(part) | 03/09/16 | J | A | |
| 126. | | | | | Buy<br>(add'l) | 04/20/16 | J | | |
| 127. | | | | | Sold<br>(part) | 09/21/16 | J | A | |
| 128. | | | | | Sold<br>(part) | 11/21/16 | J | A | |
| 129. | | | | | Sold<br>(part) | 12/20/16 | J | A | |
| 130. SPDR S&P Health Care Service ETF | A | Dividend | | | Buy<br>(add'l) | 02/10/16 | J | | |
| 131. | | | | | Sold<br>(part) | 03/09/16 | J | A | |
| 132. | | | | | Sold<br>(part) | 04/20/16 | J | A | |
| 133. | | | | | Buy<br>(add'l) | 06/30/16 | J | | |
| 134. | | | | | Sold | 08/17/16 | J | A | |
| 135. SPDR S&P Health Care Equipment ETF | A | Dividend | J | T | Sold<br>(part) | 02/17/16 | J | A | |
| 136. | | | | | Buy<br>(add'l) | 09/21/16 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 09/28/16 | J | | |
| 138. | | | | | Sold (part) | 11/21/16 | J | A | |
| 139. Health Care Select Sect SPDR ETF | A | Dividend | J | T | Sold (part) | 02/10/16 | J | A | |
| 140. | | | | | Sold (part) | 04/20/16 | J | A | |
| 141. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 142. | | | | | Sold (part) | 09/21/16 | J | A | |
| 143. | | | | | Sold (part) | 11/21/16 | J | A | |
| 144. SPDR S&P Homebuilders ETF | A | Dividend | | | Sold | 02/10/16 | J | A | |
| 145. Industrial SEL SEC SPDR FD | A | Dividend | J | T | Sold (part) | 02/10/16 | J | A | |
| 146. | | | | | Sold (part) | 03/09/16 | J | A | |
| 147. | | | | | Sold (part) | 04/20/16 | J | A | |
| 148. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 149. | | | | | Sold (part) | 08/17/16 | J | A | |
| 150. | | | | | Sold (part) | 09/21/16 | J | A | |
| 151. | | | | | Sold (part) | 11/21/16 | J | A | |
| 152. SPDR S&P Insurance ETF | A | Dividend | J | T | Buy (add'l) | 02/10/16 | J | | |
| 153. | | | | | Sold (part) | 03/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 04/20/16 | J | A | |
| 155. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 156. | | | | | Sold (part) | 09/21/16 | J | A | |
| 157. | | | | | Sold (part) | 11/21/16 | J | A | |
| 158. SPDR S&P Metals & Mining ETF | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 159. | | | | | Sold (part) | 03/09/16 | J | A | |
| 160. | | | | | Sold (part) | 04/20/16 | J | A | |
| 161. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 162. | | | | | Sold (part) | 08/17/16 | J | A | |
| 163. | | | | | Sold (part) | 09/21/16 | J | A | |
| 164. | | | | | Sold (part) | 11/21/16 | J | A | |
| 165. SPDR S&P Morgan Stanley Technology ETF | A | Dividend | J | T | Buy (add'l) | 02/10/16 | J | | |
| 166. | | | | | Sold (part) | 03/14/16 | J | A | |
| 167. | | | | | Sold (part) | 04/20/16 | J | A | |
| 168. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 169. | | | | | Sold (part) | 08/17/16 | J | A | |
| 170. | | | | | Sold (part) | 09/21/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 11/21/16 | J | A | |
| 172. SPDR S&P Oil & Gas EXP & PRO | A | Dividend | J | T | Buy (add'l) | 04/20/16 | J | | |
| 173. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 174. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 175. | | | | | Sold (part) | 09/21/16 | J | A | |
| 176. | | | | | Sold (part) | 11/21/16 | J | A | |
| 177. SPDR S&P Oil & Gas EQUIP SVC | A | Dividend | J | T | Buy | 03/09/16 | J | | |
| 178. | | | | | Sold (part) | 04/20/16 | J | A | |
| 179. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 180. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 181. | | | | | Buy (add'l) | 09/21/16 | J | | |
| 182. | | | | | Sold (part) | 09/28/16 | J | A | |
| 183. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 184. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 185. SPDR S&P Regional Banking | A | Dividend | J | T | Buy | 11/21/16 | J | | |
| 186. SPDR S&P Retail ETF | A | Dividend | J | T | Buy (add'l) | 02/10/16 | J | | |
| 187. | | | | | Sold (part) | 03/09/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 189. | | | | | Sold (part) | 05/25/16 | J | A | |
| 190. SPDR S&P Semiconductor | A | Dividend | J | T | Buy (add'l) | 02/10/16 | J | | |
| 191. | | | | | Sold (part) | 03/09/16 | J | A | |
| 192. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 193. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 194. | | | | | Sold (part) | 08/17/16 | J | A | |
| 195. | | | | | Sold (part) | 09/21/16 | J | A | |
| 196. | | | | | Sold (part) | 11/21/16 | J | A | |
| 197. SPDR S&P Software & Service ETF | A | Dividend | J | T | Buy (add'l) | 02/10/16 | J | | |
| 198. | | | | | Sold (part) | 03/09/16 | J | A | |
| 199. | | | | | Sold (part) | 04/20/16 | J | A | |
| 200. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 201. | | | | | Sold (part) | 08/17/16 | J | A | |
| 202. | | | | | Sold (part) | 09/21/16 | J | A | |
| 203. | | | | | Sold (part) | 11/21/16 | J | A | |
| 204. SPDR S&P Transportation ETF | A | Dividend | J | T | Buy | 11/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 19

**Name of Person Reporting**

Curiel, Gonzalo P.

**Date of Report**

04/01/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. The Technology SEL SEC SPDR | A | Dividend | J | T | Buy (add'l) | 02/10/16 | J | | |
| 206. | | | | | Sold (part) | 03/09/16 | J | A | |
| 207. | | | | | Sold (part) | 04/20/16 | J | A | |
| 208. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 209. | | | | | Sold (part) | 08/17/16 | J | A | |
| 210. | | | | | Sold (part) | 09/21/16 | J | A | |
| 211. | | | | | Sold (part) | 11/21/16 | J | A | |
| 212. SPDR DJ Wilshire REIT ETF | A | Dividend | J | T | Sold (part) | 02/10/16 | J | A | |
| 213. | | | | | Sold (part) | 03/09/16 | J | A | |
| 214. | | | | | Sold (part) | 04/20/16 | J | A | |
| 215. | | | | | Buy (add'l) | 08/17/16 | J | | |
| 216. | | | | | Sold (part) | 09/21/16 | J | A | |
| 217. | | | | | Sold (part) | 11/21/16 | J | A | |
| 218. UTILITIES SEL SECT SPDR FUND | A | Dividend | J | T | Buy | 02/10/16 | J | | |
| 219. | | | | | Buy (add'l) | 04/20/16 | J | | |
| 220. | | | | | Sold (part) | 06/30/16 | J | A | |
| 221. | | | | | Buy (add'l) | 08/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 09/21/16 | J | A | |
| 223. | | | | | Sold (part) | 11/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Curiel, Gonzalo P. | 04/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investements and Trusts

Wife is a co-trustee and co-beneficiary of Family Trust # 1 which is revocable living trust funded by my wife's father. As a co-trustee, my wife shares unlimited access and full control of the trust assets.

Amendment:

1. Part VII, lines 9-14 in the Calendar Year 2016 FDR - The following investments were sold outside of this reporting period and should have been reported in Calendar Year 2015:

These assets traded/sold on 02/24/2015:
American Funds Moderate Allocation - Portfolio
MFS Merging Markets
MFS Research International - Portfolio
PIMCO Inflation Protected - Portfolio
PIMCO Total Return Portfolio
T. Rowe Price Mid Cap Growth Fund

2. Part VII, lines 150-52 of Calendar Year 2016 FDR - The investment SPDR S&P Health Care SER was originally purchased outside of this reporting period on 10/29/2015 and should have been initially reported in the Calendar Year 2015 FDR.

3. The investment SPDR S&P Capital Markets was included in Part VII, lines 32-34 and 91-92 in the Calendar Year 2015 FDR but was not listed in the Calendar Year 2016 FDR because it was traded/sold on 09/02/15.

4. The investment SPDR S&P Pharamceuticals was listed in Part VII, lines 116-17 in the Calendar Year 2015 FDR but was not listed in the Calendar Year 2016 FDR because it was traded/sold on 09/30/15.

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/01/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gonzalo P. Curiel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544